320

496 A.2d 1143

**Bernard and Marina LATTANZI, Petitioners,**

v.

**Charles TORI et al.**

Supreme Court of Pennsylvania.

Aug. 5, 1985.

Petition granted, No. 109 E.D. Appeal Docket 1985.

496 A.2d 1144

**Eva Mae WADDLE, Administratrix of the Estate of Decedent, George W. Waddle**

v.

**Leslie NELKIN and Columbia Pictures Industries, Inc.**

Supreme Court of Pennsylvania.

Aug. 9, 1985.

Petition granted, No. 52 W.D. Appeal Docket, 1985.